UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JOHN S. M.,                                    )
      Plaintiff,                          )
                                                    )
v.                                                       )          Civil Action No. 1:22-cv-00025-LEW
                                                    )
KILOLO KIJAKAZI,                          )
Acting Commissioner of Social Security,  )
      Defendant.                         )

## Order

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings by the Appeals Council,

IT IS HEREBY ORDERED that this case be remanded to the Social Security Administration for further administrative proceedings.  Accordingly, upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate the severity of all of Plaintiff's impairments at step two; further assess Plaintiff's physical and mental residual functional capacity; and take further action to complete the administrative record resolving the above issues and issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89

(1991).  The clerk of the court will enter a separate judgment pursuant to Rule 58 of the

Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated this 22nd day of June, 2022.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE